IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No.  21-cv-01230-RBJ

THE WILD ANIMAL SANCTUARY, INC., a Colorado non-profit corporation,

    Plaintiff,

v.

WILD LIFE SANCTUARY FUND, INC., a Montana non-profit corporation,

    Defendant.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

This matter is set for a **five-day Jury Trial** to commence on **December 12, 2022 at 9:00 a.m.** on the docket of Judge R. Brooke Jackson U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado.

A Trial Preparation Conference is set for **November 10, 2022 at 9:00 a.m.** Pro se parties and lead Counsel should attend.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.  The parties are directed to confer prior to the Trial Preparation Conference to reach agreement on as many, if not all, of the proposed jury instructions.  The proposed stipulated and disputed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least one week in advance of the Trial Preparation Conference.  Please submit a single integrated proposed set of instructions. They should be numbered and grouped with the same-subject disputed instructions together and

indicate on each individual instruction if they are plaintiff's or defendant's proposal. Stipulated instructions should be individually labeled as such.

For additional information, please review my practice standards located at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 26th day of October, 2021.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge